1 | **THORNDAL, ARMSTRONG, DELK,**
**BALKENBUSH & EISINGER**
2 | Gregory M, Schulman, Esq.
Nevada Bar No. 5766
3 | P.O. Drawer 2070
Las Vegas, Nevada  89125-2070
4 | Tel:  (702) 366-0622
Fax: (702) 366-0327
5 | Email:  gms@thorndal.com

6 | **BERKOWITZ OLIVER, LLP**
David M. Buffo, Esq.
7 | Admitted Pro Hac Vice
2600 Grand Blvd., Suite 1200
8 | Kansas City, Missouri 64108
Tel:   (816) 561-7007
9 | Fax:   (816) 561-1888
Email: dbuffo@berkowitzoliver.com
10 | *Attorneys for YRC Inc. and*
*Freightquote.com, Inc.*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| PANDA WINDOWS & DOORS, LLC, a Nevada Limited Liability Company | CASE NO. 2:15-cv-01959-APG-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| YRC, INC. d/b/a YRC FREIGHT, a foreign Corporation; FREIGHTQUOTE.COM, INC., a foreign Corporation; DOES 1 – 20; ROE ENTITIES 1- 20; | |
| Defendants. | |

COME NOW Panda Windows & Doors, LLC, YRC Freight, and Freightquote.com, by and through their attorneys of record, and hereby stipulate to the dismissal of Panda Windows & Doors, LLC's claims against YRC Freight and Freightuote.com, Inc. with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 2, 2016.

_____
UNITED STATES DISTRICT JUDGE

1

| | |
|---|---|
| Dated this 1ST day of November, 2016 | Dated this 1ST day of November, 2016 |
| **HURTIK LAW & ASSOCIATES** | **BERKOWITZ OLIVER LPP** |
| /s/ Carrie E. Hurtik | /s/ David M. Buffo |
| **CARRIE E. HURTIK, ESQ.** | **DAVID M. BUFFO, ESQ.** |
| Nevada Bar No. 7028 | Missouri Bar No. 52693 |
| 7866 West Sahara Avenue | 2600 Grand Boulevard, Suite 1200 |
| Las Vegas, Nevada 89117 | Kansas City, Missouri 6410 |
| (702) 966-5200 Telephone | (816) 627-0220 Telephone |
| (702) 966-5206 Facsimile | (816) 561-1888 Facsimile |
| churtik@hurtiklaw.com | dbuffo@berkowitzoliver.com |
| Attorneys for Plaintiff, | Pro Hac Attorneys for Defendants, |
| *Panda Windows & Doors LLC* | *YRC Inc. d/b/a YRC Freight and Freightquote.com, Inc.* |

Dated this 1ST day of November, 2016

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH, & EISINGER**

/s/ Gregory M. Schulman
**GREGORY M. SCHULMAN, ESQ.**
Nevada Bar No. 5766
1100 East Bridger Avenue
Las Vegas, Nevada 89101
(702) 366-0622 Telephone
(702) 366-0327 Facsimile
mlowry@thorndal.com
Attorneys for Defendants,
*YRC Inc. d/b/a YRC Freight and Freightquote.com, Inc.*